# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Second Lieutenant KAYSON L. PALMER
### United States Air Force

## ACM 38613

## 14 May 2015

Sentence adjudged 27 January 2014 by GCM convened at Joint Base San Antonio – Lackland, Texas. Military Judge: Wendy L. Sherman.

Approved Sentence: Dismissal.

Appellate Counsel for the Appellant: Lieutenant Colonel Judith A. Walker and Major Thomas A. Smith.

Appellate Counsel for the United States: Gerald R. Bruce, Esquire.

Before

HECKER, TELLER, and KIEFER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court